In the Matter of the Claim of SAMUEL LENT, Respondent; against 850 SEVENTH AVENUE CORPORATION, Appellant, and LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, Respondent.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 13, 1932; decided June 2, 1932.)

*George A. Ferris* and *Alexander D. Diamond* for appellant.

*Fred H. Rees* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.